# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 864 | **DATE** | 7/29/2004 |
| **CASE TITLE** | ROBERT & PATTI SMITH vs. MONACO COACH CORPORATION, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Defendant Power Gear's motion to dismiss is granted as to counts V and VI and denied as to count IV.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | AUG 2 - 2004 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 21 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | LG courtroom deputy's initials | 2004 JUL 30 AM 11: 34 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ROBERT & PATTI SMITH, )
)
Plaintiffs, )
)
vs. ) No. 04 C 864
)
MONACO COACH CORPORATION, )
and POWER GEAR, an unincorporated )
business unit of ENGINEERED )
SOLUTIONS, LP, )
Defendants. )

## MEMORANDUM OPINION AND ORDER

Plaintiff filed a six-count complaint against defendants alleging breach of express and implied warranties pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq.* Defendant Monaco Coach Corporation filed a motion to dismiss counts I, II and III of the complaint, which the court granted in part and denied in part. Smith v. Monaco Coach Corp., 2004 WL 1368802 (N.D. Ill. June 6, 2004). Defendant Power Gear now brings a motion to dismiss counts IV, V and VI. For the reasons stated in the June 14, 2004 order, that motion is denied as to count IV and granted as to counts V and VI.

In their complaint plaintiffs claim that they purchased a defective motor home that was partially manufactured by Power Gear. Power Gear issued an express warranty covering certain potential defects in the motor home. Plaintiffs allege that defendant violated that express warranty, along with implied warranties that arose as part of the transaction.

As stated in the June 14, 2004 order, interpretation of the contractual terms is best left for a later stage of the litigation and we deny defendant's motion to dismiss count IV, dealing with the express warranty. Counts V and VI are dismissed for reasons stated in the June 14

order – the Magnuson-Moss Act does not create an implied warranty between the purchaser and a non-selling manufacturer for the reason that there is no contractual privity.

## CONCLUSION

For the foregoing reasons, defendant Power Gear's motion to dismiss is granted as to counts V and VI and denied as to count IV.

JAMES B. MORAN
Senior Judge, U. S. District Court

July 29, 2004.